DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone (702) 388-6336
Facsimile (702) 388-6787
Email *Blaine.Welsh@usdoj.gov*

*Attorneys for the United States.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BANC DE BINARY, <br><br> Defendant. | Case No: 2:13-cv-00992-MMD-VCF |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Kathleen Banar, David Slovick and Margaret Aisenbrey to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Banar is an attorney with the U.S. Commodity Futures Trading Commission, an agency of the federal government, and is a member in good standing of the Illinois State Bar (No. 6200597).

The following contact information for Ms. Banar is provided to the Court:

> Kathleen Banar
> Chief Trial Attorney
> U.S. Commodity Futures Trading Commission
> 1155 21st NW
> Washington, DC  20581
> (202) 418-5335 (direct)
> (202) 418-5987 (fax)
> KBanar@CFTC.gov

Mr. Slovick is an attorney with the U.S. Commodity Futures Trading Commission, an agency of the federal government, and is a member in good standing of the Illinois State Bar (No. 6257290).

The following contact information for Mr. Slovick is provided to the Court:

> David Slovick
> Trial Attorney
> U.S. Commodity Futures Trading Commission
> 1155 21st NW
> Washington, DC  20581
> (202) 418-5451 (direct)
> (202) 418-5987 (fax)
> DSlovick@CFTC.gov

Ms. Aisenbrey is an attorney with the U.S. Commodity Futures Trading Commission, an agency of the federal government, and is a member in good standing of the Missouri State Bar (No. 59560).

The following contact information for Ms. Aisenbrey is provided to the Court:

> Margaret Aisenbrey
> Trial Attorney
> U.S. Commodity Futures Trading Commission
> 4900 Main Street, Suite 500
> Kansas City, Missouri 64112
> (816) 960-7749 (direct)
> (816) 960-7751 (fax)
> MAisenbrey@CFTC.gov

1  Accordingly, the United States respectfully requests that an order be issued allowing
2  Kathleen Banar, David Slovick and Margaret Aisenbrey to practice before this honorable Court.
3  Respectfully submitted this 5th day of June 2013.

DANIEL G. BOGDEN
United States Attorney

 /s/Blaine Welsh
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
DATED: June 5, 2013

3