**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

\*\*\*

U.S. COMMODITY FUTURES TRADING COMMISSION,

        Plaintiff,

vs.

BANC DE BINARY, *et al.*,

        Defendants.

Case No. 2:13–cv–992–MMD–VCF

**ORDER**

      On February 10, 2015, the court ordered the U.S. Commodity Futures Trading Commission to show cause why its Opposition (#84) to Defendants' Motion for a Protective Order should not be unsealed. On February 20, 2015, the Commission explained that (1) the entirety of its Opposition was sealed "due to a filing error by the CFTC's counsel." (2) the Commission "does not oppose unsealing the Opposition, or the Declaration of Margaret Aisenbrey [#87] . . . with supporting exhibits . . . in their entirety," and (3) if "Defendants properly oppose the unsealing of the [Opposition and exhibits], then the attached redacted version of the Opposition should be filed in the public record, and that [*sic*.] the Aisenbrey Declaration and Exhibits should remain under seal."(*See* Doc. #105 at 2). To date, Defendants have not opposed the unsealing of the Commission's Opposition or its Declaration and Supporting Exhibits.

      ACCORDINGLY, and for good cause shown,

      IT IS ORDERED that the Clerk of Court will unseal the Commission's Opposition (#84) and Declaration and Supporting Exhibits (#87).

      DATED this 20th day of March, 2015.

                                                                   CAM FERENBACH
                                                                  UNITED STATES MAGISTRATE JUDGE