1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                  Plaintiff,

vs.

BANC DE BINARY LTD., *et al.,*

                  Defendants.

2:13-cv-00992-MMD-VCF

**ORDER**

      Before the Court is the Joint Stipulation and Order for Modification to Scheduling Order to Extend Dispositive Motion Filing Date (#124).  The request to extend the deadlines for filing dispositions motions and Joint Pre-Trial Order is granted.  The sentence in paragraph b on page 5, "Any objections thereto shall be included in the pretrial order," is not approved.

      Accordingly,

      IT IS HEREBY ORDERED that the Joint Stipulation and Order for Modification to Scheduling Order to Extend Dispositive Motion Filing Date (#124) is GRANTED and the following discovery deadline extensions apply:

      1. Dispositive Motions:

Dispositive motions must be filed and served on or before **July 3, 2015**.

      2.  Joint Pre-Trial Order:

The Joint Pre-trial Order must be filed on **August 6, 2015**.  In the event dispositive motions are filed, the date for filing the Joint Pre-trial Order will be suspended until 30 days after the decision on the dispositive motions or further order of the Court.

DATED this 1st day of June, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE