UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BANC DE BINARY LTD. *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:13-CV-00992-MMD-VCF<br><br>**DEFENDANTS' MOTION TO EXTEND TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

This matter came before the Court upon Defendants' Motion for Extension of Time to File Response in Opposition to Plaintiff's Motion for Summary Judgment. The Court having considered the memoranda and evidence filed by the parties, and all other arguments and evidence presented to it, and good cause appearing therefor:

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that Defendants' Response in Opposition to Plaintiff's Motion for Summary Judgment is hereby due on August 28, 2015.

DATED: __August 25, 2015__　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE