Kathleen Banar, Chief Trial Attorney
(IL Bar No. 6200597)
Margaret Aisenbrey, Trial Attorney
(Mo Bar No. 59560)
Kim Bruno, Trial Attorney
(District of Columbia Bar No.: 389899)
U.S. Commodity Futures Trading
Commission
1155 21 St. NW
Washington, DC 20581
*kbanar@cftc.gov, maisenbrey@cftc.gov*
(202) 418-5335
(202) 418-5987 (facsimile)

Blaine T. Welsh (NV Bar No. 4790)
Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
*blaine.welsh@usdoj.gov*
(702) 388-6336
(702) 388-6787 (facsimile)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| **v.** | ) **Case No. 2:13-cv-00992-MMD-VCF** ) ) |
| **BANC DE BINARY LTD., E.T. BINARY OPTIONS LTD., BO SYSTEMS LTD., BDB SERVICES LTD., and OREN SHABAT LAURENT (a/k/a OREN SHABAT AND OREN COHEN)** . | ) ) ) ) ) ) |
| **Defendants.** | ) ) |

## STIPULATION AND PROPOSED ORDER STAYING ACTION PENDING
## <u>PROPOSED SETTLEMENT</u>

WHEREAS, Plaintiff U.S. Commodity Futures Trading Commission (the "CFTC") and Defendants Banc de Binary, Ltd. ("BdB Ltd."), E.T. Binary Options, Ltd. ("ETBO"), BO Systems, Ltd. ("BO Systems"), BDB Services, Ltd. ("BDB Services"), and Oren Laurent (a/k/a Oren Shabat and Oren Cohen) ("Laurent") (collectively, "Defendants"), have reached a proposed settlement in principle that would resolve this action and the action *SEC v. Banc de Binary Ltd et al.*, Case No. 2:13-cv-00993-RCJ-VCF (the "SEC Action").

WHEREAS the parties to this action and the parties to the CFTC Action have executed a Term Sheet re: Proposed Global Settlement, dated August 27, 2015, reflecting the terms of their proposed agreement in principle (the "Proposed Global Settlement");

WHEREAS, the Proposed Global Settlement is subject to approval by both the CFTC and the SEC Commissioners;

WHEREAS, in the interests of efficiency for the Court and the parties, the parties agree to stay this action, subject to the Court's approval, so that the parties can attempt to finalize the governing documents for the Proposed Global Settlement, so that counsel for the CFTC can recommend the settlement to the CFTC Commissioners, and so that the parties can file, if approved by the CFTC Commissioners, any resulting final settlement papers;

WHEREAS the parties to the SEC Action are simultaneously filing a similar proposed stipulation and order to stay the SEC Action, with the same duration;

WHEREAS, the Court entered an order on August 11, 2015 finding that Defendants violated the Consent Preliminary Injunction [DE # 24] and awarded attorney fees [DE # 152];

FOR THE REASONS SET FORTH ABOVE, IT IS HEREBY STIPULATED, by and among counsel for the parties as follows:

1.      This action is stayed until October 23, 2015.

2.      Before October 23, 2015, this stay shall be lifted without further action by the Court upon the filing of a notice by any party to lift the stay, at which point the litigation shall immediately resume on the date of that notice, with the parties restored to their respective positions as of the date of this stipulation.  No party can challenge or dispute the filing of a notice

to lift the stay by another party. To the extent the stay is lifted by such notice by a party, the Defendants' response to the CFTC's pending summary judgment motion (DE # 146) and the CFTC's petition for attorney fees shall be due four days after the notice is filed. Moreover, within five business days of the filing of a party's notice to lift the stay, the parties agree to jointly request a status conference with the Court to address the remaining pretrial and trial schedule.

3.      If the CFTC Commissioners do not approve a settlement or a final settlement is not otherwise reached, with all definitive final documents filed with the Court, by October 23, 2015, then the litigation shall resume on that day, without further action of the Court, with the parties restored to their respective positions as of the date of this stipulation. The Defendants' response to the CFTC's pending summary judgment motion (DE # 146) shall be due October 28, 2015. Moreover, on or before October 30, 2015, the parties also agree to jointly request a status conference with the Court to address the remaining pretrial and trial schedule.

August 27, 2015

ATTORNEYS FOR PLAINTIFF
U.S. COMMODITY FUTURES TRADING
COMMISSION

By: /s/ Margaret Aisenbrey

Kathleen Banar
(202) 418-5335
(202) 418-5987 facsimile
*kbanar@cftc.gov*
(Ill. Bar No. 6200597)

Margaret Aisenbrey
(816) 960-7749
(816) 960-7751 facsimile
*maisenbrey@cftc.gov*
(Mo. Bar No. 59560)

Kim G. Bruno
(202) 418-5368
(202) 418-5987 facsimile
*kbruno@cftc.gov*
(DC. Bar No.389899)

U.S. Commodity Futures Trading
Commission
1155 21st Street NW
Washington, D.C. 20581

ATTORNEYS FOR DEFENDANTS BANC DE
BINARY LTD., ET BINARY OPTIONS LTD.,
BO SYSTEMS LTD., BDB SERVICES LTD.,
AND OREN SHABAT LAURENT (A/K/A OREN
SHABAT AND OREN COHEN)

By: ___/s/ Jeff Ifrah_____

A. Jeff Ifrah
*jeff@ifrahlaw.com*
Rachel Hirsch
*rhirsch@ifrahlaw.com*

IFRAH PLLC
1717 Pennsylvania Avenue
Suite 650
Washington, D.C. 20006
Telephone: 202-524-4140
Facsimile: 202-521-4141

Craig S. Denney
Snell & Wilmer L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501
775-785-5440 (office)
775-785-5411 (direct)
775-785-5441 (fax)
*cdenney@swlaw.com*
(NV Bar No. 6953)

SO ORDERED:

August 27, 2015
_____
DATE

_____
THE HONORABLE MIRANDA DU
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2015, I electronically filed the *STIPULATION AND PROPOSED ORDER STAYING ACTION PENDING PROPOSED SETTLEMENT* with the Clerk of the Court using the CM/ECF system and thereby caused service of the foregoing document via electronic notice on all parties and counsel of record.


/s/ *Margaret P Aisenbrey*
Attorney for the Plaintiff