Kathleen Banar, Chief Trial Attorney
(IL Bar No. 6200597)
Margaret Aisenbrey, Trial Attorney
(Mo Bar No. 59560)
Kim Bruno, Trial Attorney
(District of Columbia Bar No.:  389899)
U.S. Commodity Futures Trading
Commission
1155 21 St. NW
Washington, DC 20581
*kbanar@cftc.gov, maisenbrey@cftc.gov*
(202) 418-5335
(202) 418-5987 (facsimile)

Blaine T. Welsh (NV Bar No. 4790)
Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
*blaine.welsh@usdoj.gov*
(702) 388-6336
(702) 388-6787 (facsimile)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | **Case No. 2:13-cv-00992-MMD-VCF** |
| **BANC DE BINARY LTD., E.T. BINARY OPTIONS LTD., BO SYSTEMS LTD., BDB SERVICES LTD., and OREN SHABAT LAURENT (a/k/a OREN SHABAT AND OREN COHEN)** . | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**STIPULATION AND PROPOSED ORDER FURTHER EXTENDING STAY OF
ACTION PENDING PROPOSED SETTLEMENT**

WHEREAS, Plaintiff U.S. Commodity Futures Trading Commission (the "CFTC") and Defendants Banc de Binary, Ltd. ("BdB Ltd."), E.T. Binary Options, Ltd. ("ETBO"), BO Systems, Ltd. ("BO Systems"), BDB Services, Ltd. ("BDB Services"), and Oren Laurent (a/k/a Oren Shabat and Oren Cohen) ("Laurent") (collectively, "Defendants"), have reported to the Court that they have reached a settlement in principle that would resolve this action and the action *SEC v. Banc de Binary Ltd et al.*, Case No. 2:13-cv-00993-RCJ-VCF (the "SEC Action").

WHEREAS the parties to this action and the parties to the CFTC Action have executed a Term Sheet re: Proposed Global Settlement, dated August 27, 2015, reflecting the terms of their proposed agreement in principle (the "Proposed Global Settlement");

WHEREAS, the Proposed Global Settlement is subject to approval by both the CFTC and the SEC Commissioners;

WHEREAS, the Court approved and ordered the requested stay, staying the action until October 23, 2015 unless a party filed a notice to lift that stay [DE # 161];

WHEREAS, because the parties have made substantial progress toward finalizing the governing documents for the Proposed Global Settlement, the parties have agreed to stay the action further, subject to the Court's approval, for an additional ten weeks, taking into account the upcoming winter holidays, so that they can attempt finish the process of finalizing the documents, counsel for the CFTC can recommend the settlement to the CFTC Commissioners, and the parties can file, if approved by the CFTC Commissioners, any resulting final settlement papers; and

WHEREAS the parties to the SEC Action are simultaneously filing a similar proposed stipulation and order to stay the SEC Action, with the same duration;

WHEREAS, the Court entered an order on August 11, 2015 finding that Defendants violated the Consent Preliminary Injunction [DE # 24] and awarded attorney fees [DE # 152];

FOR THE REASONS SET FORTH ABOVE, IT IS HEREBY STIPULATED, by and among counsel for the parties as follows:

1. This action is stayed until December 31, 2015.

2. Before December 31, 2015, this stay shall be lifted without further action by the Court upon the filing of a notice by any party to lift the stay, at which point the litigation shall immediately resume on the date of that notice, with the parties restored to their respective positions as of the date of this stipulation. No party can challenge or dispute the filing of a notice to lift the stay by another party. To the extent the stay is lifted by such notice by a party, the Defendants' response to the CFTC's pending summary judgment motion (DE # 146) and the CFTC's petition for attorney fees shall be due four days after the notice is filed. Moreover, within five business days of the filing of a party's notice to lift the stay, the parties agree to jointly request a status conference with the Court to address the remaining pretrial and trial schedule.

3. If the CFTC Commissioners do not approve a settlement or a final settlement is not otherwise reached, with all definitive final documents filed with the Court, by December 31, 2015, then the litigation shall resume on that day, without further action of the Court, with the parties restored to their respective positions as of the date of this stipulation. The Defendants' response to the CFTC's pending summary judgment motion (DE # 146) shall be due January 8, 2016. Moreover, on or before January 11, 2016, the parties also agree to jointly request a status conference with the Court to address the remaining pretrial and trial schedule.

October 23, 2015

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF<br>U.S. COMMODITY FUTURES TRADING<br>COMMISSION | ATTORNEYS FOR DEFENDANTS BANC DE BINARY LTD., ET BINARY OPTIONS LTD., BO SYSTEMS LTD., BDB SERVICES LTD., AND OREN SHABAT LAURENT (A/K/A OREN SHABAT AND OREN COHEN) |
| By: /s/ *Kathleen Banar* | By: /s/ *Jeff Ifrah* |
| Kathleen Banar<br>(202) 418-5335<br>(202) 418-5987 facsimile<br>*kbanar@cftc.gov*<br>(Ill. Bar No. 6200597) | A. Jeff Ifrah<br>*jeff@ifrahlaw.com*<br>Rachel Hirsch<br>*rhirsch@ifrahlaw.com* |
| Margaret Aisenbrey<br>(816) 960-7749<br>(816) 960-7751 facsimile<br>*maisenbrey@cftc.gov*<br>(Mo. Bar No. 59560) | IFRAH PLLC<br>1717 Pennsylvania Avenue<br>Suite 650<br>Washington, D.C. 20006<br>Telephone: 202-524-4140<br>Facsimile: 202-521-4141 |
| Kim G. Bruno<br>(202) 418-5368<br>(202) 418-5987 facsimile<br>*kbruno@cftc.gov*<br>(DC. Bar No.389899) | Craig S. Denney<br>Snell & Wilmer L.L.P.<br>50 West Liberty Street, Suite 510<br>Reno, NV 89501<br>775-785-5440 (office)<br>775-785-5411 (direct)<br>775-785-5441 (fax)<br>*cdenney@swlaw.com*<br>(NV Bar No. 6953) |
| U.S. Commodity Futures Trading Commission<br>1155 21st Street NW<br>Washington, D.C. 20581 | |

SO ORDERED:

October 26, 2015
_____
DATE

_____
THE HONORABLE MIRANDA DU
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

     I hereby certify that on October 23, 2015, I electronically filed the *STIPULATION AND PROPOSED ORDER FURTHER EXTENDING STAY OF ACTION PENDING PROPOSED SETTLEMENT* with the Clerk of the Court using the CM/ECF system and thereby caused service of the foregoing document via electronic notice on all parties and counsel of record.

                                           /s/ *Kim G. Bruno*
                                           Attorney for the Plaintiff